

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2018

No. 04-18-00825-CV

**IN THE INTEREST OF C.D.M., ET AL,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02692
The Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

The clerk's record was due November 9, 2018, but was not filed. By statute, this appeal is accelerated, and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a-1). Strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. With regard to the appellate record, pursuant to Rule 35.3(c) of the appellate rules, this court may not grant an extension of more than ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Moreover, and most importantly, extensions granted by this court "must not exceed 30 days cumulatively, absent extraordinary circumstances." *Id.* R. 28.4(b)(2). Rule 28.4(b)(2) makes no distinction between bench and jury trials. *See id.*

We therefore **ORDER** the district clerk to file the clerk's record in this court on or before **NOVEMBER 26, 2018 — seventeen days from the original due date**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court